IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>ANTONIO HUBBARD )<br>)<br>Defendant. )<br>) | CR. NO. 07-20245-01-Ma |

**ORDER ON CHANGE OF PLEA AND *SETTING***

This cause came to be heard on January 17, 2008 the United States Attorney for this district, E. Greg Gilluly, appearing for the Government and the defendant, Antonio Hubbard, appearing in person and with counsel, Andre' Wharton, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **set for Thursday, April 17, 2008 at 2:30 p.m. Courtroom No. 2, 11th Floor, before Judge Samuel H. Mays.**

Defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 18th day of January, 2008.

s/Samuel H. Mays

**Samuel H. Mays**
**UNITED STATES DISTRICT JUDGE**